IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 FEB 12 PM 3: 29

| | | |
|---|---|---|
| RANDALL HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-G-3487-S |
| | ) | |
| WARDEN B. MITCHEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
FEB 1 2 2001

## MEMORANDUM OF OPINION

This is an action pursuant to 42 U.S.C. § 1983 by a prisoner proceeding *pro se*. The magistrate judge filed a report and recommendation on January 9, 2001, recommending that plaintiff's claims for money damages against the defendants in their official capacities be dismissed pursuant to 28 U.S.C. § 1915A(b)(2) and that the remainder of his claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on January 16, 2001. There are no statements in the objections which would cure the deficiencies of the complaint and thereby state a cause of action.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

DATED this 12th day of Feb, 2001.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

2